IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER HAYNES
ADC #111110                                                                                    PETITIONER

VS.                                    5:08CV00248 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Petitioner's Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek to obtain authorization from the Eighth Circuit Court of Appeals to file a successive habeas petition.

Dated this 17th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE